# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| OLIVIA HOLMAN,<br>    Plaintiff(s),<br>v.<br>NANCY A. BERRYHILL,<br>    Defendant(s). | Case No.: 2:18-cv-02334-JCM-NJK<br><br>**ORDER** |

Within 14 days of the issuance of this order, the parties shall file a joint certification that they have:

1. discussed the potential for settling this matter, *cf.* Fed. R. Civ. P. 26(f)(2),
2. discussed the potential for utilizing alternative dispute resolution, including mediation or arbitration, *cf.* Local Rule 26-1(b)(7), and
3. discussed consenting to resolution of this case by a magistrate judge, *cf.* Local Rule 26-1(b)(8).

The discussion must be conducted by attorneys of record (not staff) and the joint certification must specify the attorneys who participated in the discussion. The discussion must be telephonic, in-person, or by video, and the joint certification must specify the means of discussion.

IT IS SO ORDERED.

Dated: April 9, 2019

                                          Nancy J. Koppe
                                        United States Magistrate Judge