UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

OLIVIA HOLMAN,

    Plaintiff(s),

v.

NANCY A. BERRYHILL,

    Defendant(s).

Case No.: 2:18-cv-02334-JCM-NJK

**ORDER**

(Docket No. 19)

    The Court provides an extended briefing period to counsel in Social Security cases as a matter of course. *See* Docket No. 13 at 3-4. Now pending before the court is the parties' stipulation to extend the time for the Commissioner to file its cross-motion to affirm. Docket No. 19.

    As an initial matter, the parties' stipulation was filed on June 10, 2019; however, the Commissioner's cross-motion to affirm was to be filed no later than June 7, 2019. *See* Docket No. 13 at 3. The parties' stipulation fails to discuss, let alone demonstrate, excusable neglect. *See* Fed. R. Civ. P. 6(b)(1)(B). Second, the stipulation is premised on the bare assertion that counsel has "a very heavy workload." Docket No. 19 at 1. The Court is cognizant of the difficulties in managing heavy workloads, but it appears to have become a matter of routine for the Commissioner to point to such issues in seeking extensions. *See, e.g., Betten v. Berryhill*, Case No. 2:18-cv-536-KJD-NJK, Docket No. 24 (D. Nev. Dec. 6, 2018). The Court previously addressed that this issue needs to be rectified, as the Court will not continue to indulge such requests *ad infinitum*. *See id.*

In the circumstances of this case, the Court will **GRANT** in part and **DENY** in part the stipulation. The deadline to respond to Plaintiff's motion to reverse or remand is **EXTENDED** by 14 days. No further extensions will be granted.

IT IS SO ORDERED.

Dated: June 12, 2019

_____
Nancy J. Koppe
United States Magistrate Judge