# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| OLIVIA HOLMAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br><br>　　　　Defendant. | Case No.: 2:18-cv-002334-JCM-NJK<br><br>**ORDER** |

It appears that Andrew Saul is now Commissioner of Social Security. A "[public] officer's successor is automatically substituted as a party." Fed. R. Civ. P. 25(d). Accordingly, the Clerk's Office is **INSTRUCTED** to substitute Andrew Saul in place of Nancy Berryhill.

IT IS SO ORDERED.

Dated: June 17, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge